# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

**NOTICE OF RELATED CASE INFORMATION**

| | |
|---|---|
| **Case Number** | 26- |
| **Short Case Caption** | In re Volkswagen Group of America, Inc. |
| **Filing Party/Entity** | Volkswagen Group of America, Inc. |

**Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

*Longhorn Automotive Group LLC v. Volkswagen AG,* 2:24-cv-00933 (E.D. Tex.)

☐ Additional pages attached

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

Longhorn Automotive Group LLC

Volkswagen AG

Audi AG

Mazda Motor Corporation

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

☒ Additional pages attached

See attached page.

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: January 6, 2026

Signature: /s/ Elliot C. Cook

Name: Elliot C. Cook

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re Volkswagen Group of America, Inc.

---

## NOTICE OF RELATED CASE INFORMATION (Additional Pages)

3. Names of all law firms, partners, and associates in the cases listed above. Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

| **FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**<br>Alexander M. Boyer<br>Amy L. Fulton<br>Daniel M. Jordan<br>Gerald F. Ivey<br>Luke H. MacDonald | **FINDLAY CRAFT**<br>Eric H. Findlay |
|---|---|
| **FABRICANT LLP**<br>Alfred R. Fabricant<br>Enrique W. Iturralde<br>Justine Minseon Amy Park<br>Peter Lambrianakos<br>Vincent J. Rubino III | **RUBINO IP**<br>John Andrew Rubino<br>Michael Mondelli, III |
| **TRUELOVE LAW FIRM**<br>Justin Kurt Truelove | **DLA PIPER**<br>Matthew D. Satchwell<br>Matthew Ganas |